# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN A.,[1]

        Plaintiff,

      v.

FRANK J. BISIGNANO,
Commissioner of Social Security,
        Defendant.

Case No. CV 2:25-5909-RAO

**JUDGMENT**

Pursuant to the Court's Order Reversing Commissioner's Decision and Remanding for Further Proceedings,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED.

DATED:  June 22, 2026

                        /s/
                  ROZELLA A. OLIVER
                  UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.