You-Jin Han
California Bar No. 357637
3355 Lenox Road NE, Ste. 750
Atlanta, GA 30326
Tel: (404) 905-8470
you-jin@heberhan.com
Attorney for Plaintiff, Jonathan Alvarez

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Jonathan Alvarez,

Plaintiff,

v.

Frank Bisignano, Commissioner of Social Security,

Defendant.

Case No. 2:25-cv-05909-RAO

~~PROPOSED~~ ORDER

Upon consideration of the parties' Stipulation to an Award of Attorney Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), Plaintiff is awarded $14,838 in attorney fees in full satisfaction of all claims that may be payable to Plaintiff in this matter under the EAJA.

If Defendant verifies that Plaintiff does not owe a pre-existing debt to the government subject to offset, Defendant will direct that the award be made payable to **Heber Han PC,** pursuant to the EAJA assignment duly signed by

Plaintiff.[1] If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Heber Han PC, 3355 Lenox Road NE, Suite 750, Atlanta, GA 30326.** If Defendant determines that Plaintiff owes a pre-existing debt to the United States subject to offset, any fees that remain after satisfying the debt will be made payable to Plaintiff and mailed to Plaintiff's counsel's address of record.

IT IS SO ORDERED.

DATED this 2nd day of September, 2026.

United States Magistrate Judge

[1] Plaintiff's counsel has provided Defendant with an assignment whereby Plaintiff assigned EAJA fees to counsel.